1
2
3
4
5

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

6

7   RONALD L. BASKETT,                    )
                                          )
8                        Plaintiff,       )
                                          )
9              vs.                        )
                                          )          **C06-131 TSZ**
10                                        )
     KING COUNTY,                         )
11                                        )
                         Defendant.       )          **MINUTE ORDER**
12

The following Minute Order is made at the direction of the Court, the Honorable

13

14   James P. Donohue, United States Magistrate Judge:

15

16       The plaintiff's Motion for Summary Judgment (dkt #17), filed September 21, 2006, is

hereby NOTED for Friday, October 13, 2006.

17
18
19
20
21
22
23                        Dated this 25th day of Sepetmeber , 2006
24
25                        /S/ PETER H. VOELKER
                           Deputy Clerk
26   **MINUTE ORDER**