06-CV-00131-TN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD L. BASKETT, )
) Case No. C06-131-TSZ-JPD
Plaintiff, )
)
v. )
) ORDER OF DISMISSAL
KING COUNTY, )
)
Defendant. )
_____ )

The Court, having reviewed the parties' motions for summary judgment in this 42 U.S.C. § 1983 civil rights action, together with all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for summary judgment (Dkt. No. 17) is DENIED. Defendant's motion for summary judgment (Dkt. Nos. 20, 25) is GRANTED, and this case is DISMISSED with prejudice.

(3) Pursuant to Title 28, United States Code, Section 1915(g), plaintiff has sustained at least three "strikes" while incarcerated and may not continue to

01 proceed *in forma pauperis* in this case nor in any new filings or appeals filed
02 while incarcerated unless grounds are argued in a motion for leave which fall
03 within the limited exception enumerated in 28 U.S.C. § 1915(g).
04 (4) The Clerk is directed to send copies of this Order to the parties and to Judge
05 Donohue.
06 DATED this 16 day of March, 2007.

THOMAS S. ZILLY
United States District Judge